IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:26mj1157 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| | ) | |
| v. | ) | |
| | ) | |
| IVY S. COLLINS-HARRIS, | ) | GOVERNMENT'S MOTION TO |
| | ) | REVOKE BOND AND FOR AN |
| Defendant. | ) | EMERGENCY ARREST WARRANT |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Peter E. Daly, Assistant United States Attorney, and hereby moves this Court to revoke Defendant's bond and to issue an emergency warrant for the arrest of Defendant for failure to comply with the terms of pretrial release.

On September 22, 2026, Defendant was charged by Complaint with Attempting to Provide Contraband in Prison, in violation of 18 U.S.C. § 1791(a)(1). (ECF # 1: Complaint, PageID 1). That charge arose from Defendant's attempt to smuggle approximately 1,090 grams of tobacco, 57 grams of marijuana, and eight cellular telephones into the Northeast Ohio Correctional Center (NEOCC) in Youngstown, Ohio. (*Id.*, PageID 2-5). Prior to the items of contraband being discovered by security staff, Defendant, an attorney licensed in the State of

New York, represented that she was at NEOCC to visit two inmates detained there on federal charges. (*Id.*). Subsequent investigation determined that Defendant is not counsel of record for either of the two inmates. (*Id.*).

Defendant appeared before this Court for an initial appearance on the Complaint on September 23, 2026. (ECF # N/A: Minutes of Proceedings 09/23/2026). Defendant was in federal custody at the hearing and waived a preliminary hearing on the charges in the Complaint. (ECF # 5: Waiver of Preliminary Hearing, PageID 19). The United States moved to detain Defendant pending further proceedings, pursuant to 18 U.S.C. § 3142(f)(2), citing Defendant's lack of ties to the Northern District of Ohio, her pending out-of-state felony charge in Tyre, New York,[1] and her conduct in attempting to introduce contraband into NEOCC. The Court found that the government had not met its burden to establish that it was entitled to a hearing on the motion for detention and ordered Defendant released on a $20,000 unsecured appearance bond. (ECF # 7: Order, PageID 22-25). As a condition of the bond, which Defendant signed and acknowledged, Defendant was required to "submit to supervision by and report for supervision to the Office of Pretrial Services…no later than immediately after release." (*Id.*, PageID 23).

Defendant was released from federal custody at the Mahoning County Jail in Youngstown, Ohio, at approximately 6:00 p.m. on September 23, 2026. According to the United States Office of Pretrial Services, as of 4:27 p.m. on September 24, 2026, Defendant had failed to report to the Office of Pretrial Services in Youngstown, Ohio, in violation of the conditions of her bond. Pretrial Services has indicated that their office advised Defendant's attorney about her

---

[1] Defendant was on bond at the time of the offense charged in the Complaint, having been released from custody in New York State on September 16, 2026, pending felony charges of fourth-degree criminal possession of stolen property.

failure to report, after which Defendant left a voicemail for her Pretrial Services officer at approximately 3:30 p.m. on September 24, 2026. The officer's return call to Defendant went unanswered and Defendant has not responded to a voicemail left by the officer. Defendant has also not retrieved her vehicle, which was towed from NEOCC upon her arrest, but she did make contact with the tow company several times from various phone numbers, while at the same time failing to contact Pretrial Services until late in the day on September 24, 2026. As of the filing of this motion, Defendant's whereabouts remain unknown to Pretrial Services.

Based upon the foregoing, Defendant is in clear violation of the conditions of her bond. Accordingly, the United States hereby moves this Court to revoke Defendant's pretrial release and to issue a warrant for Defendant's arrest.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Peter E. Daly

Peter E. Daly (OH: 0084745)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0529
(330) 375-5492 (facsimile)
Peter.Daly@usdoj.gov