**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 5:26-MJ-1157 |
| | : | |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE AMANDA KNAPP |
| vs. | : | |
| | : | |
| IVY COLLINS-HARRIS, | : | **RESPONSE TO GOVERNMENT MOTION TO REVOKE BOND** |
| | : | |
| Defendant. | : | |

The defendant, Ivy Collins-Harris, has been charged by complaint. At her initial appearance on September 23, 2026, this Court found that the government failed to establish that it was entitled to a detention hearing. Dkt. 7. Ms. Collins-Harris was therefore placed on bond, with conditions. Dkt. 6; Dkt. 7. One such condition was that Ms. Collins-Harris report to pretrial services upon her release from custody. The following day, September 24, 2026, the government filed a motion to revoke her bond, stating that Ms. Collins-Harris's whereabouts were unknown and she had not reported to pretrial services. Dkt. 9.

Ms. Collins-Harris now files the following response. While her court appearance concluded in the early afternoon, Ms. Collins-Harris was not released from the Mahoning County until about 8:00 p.m. on the evening of the 23rd. She was released without a cell phone as her cell phone was seized by law enforcement at the time of her arrest. Her automobile, which was initially parked at NEOCC, had been towed to a private tow yard, and she could not regain possession of it. Therefore, Ms. Collins-Harris had to find her own way to return to her home in Rochester without a cell phone. She ended up taking a bus from Youngstown to Akron, then taking another bus from Akron to Toledo, then taking another bus from Toledo to Detroit. When she arrived in Detroit, she purchased a new cell phone, a burner phone, but did not have access to the phone numbers for either pretrial

services or attorney. Therefore, she could not make contact with the necessary person to report timely. Ms. Collins-Harris then took a flight from Detroit to her home in Rochester, with a layover in Baltimore. This entire ordeal of travel took roughly 36 hours, and she did not arrive home until the morning of September 25, 2026. Upon her arrival at home, she immediately contacted pretrial services officer in Rochester, her pretrial services officer in Youngstown, and her counsel. She has since complied with the other bond conditions, including apprising pretrial services of the status of her law license and taking steps to undergo a mental health evaluation. While she admits she was tardy in reporting to pretrial services, she asks this Court to consider the difficulties she had in her travel and in getting home. Under 18 U.S.C. § 3148, she requests this Court find justified cause as to why she did not report timely and find that she did not violate the conditions of her bond, and to continue her on pretrial release with all the same terms and conditions.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Jeffrey B. Lazarus*
JEFFREY B. LAZARUS
Assistant Federal Public Defender
Ohio Bar: 0079525
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216)522-4856 Fax:(216)522-4321
E-mail: jeffrey_lazarus@fd.org
Attorney for Ivy Collins-Harris